

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00340-CV

## IN RE R. WAYNE JOHNSON

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.[1]


REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed September 21, 2011
[OT06]

---

[1] The petition lacks an appendix and a certified or sworn record, as required by Rules 52.3(k) and 52.7(a)(1). *See* TEX. R. APP. P. 52.3(k), 52.7(a)(1). To expedite our disposition of this proceeding, we implement Rule 2 and suspend these rules in this proceeding only. *Id.* 2.